

RECEIVED

DEC 19 2016

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

Plaintiff.
Patrick A. Carlone,

16cv4273 DwF/SER

Civil Case No.

vs.

Trial by Jury

Defendant(s).
City of Saint Paul Minnesota
City/County Employees,

COMPLAINT

Plaintiff,

Patrick A. Carlone
377 Toronto St.
County of Ramsey
City of St. Paul
State of Minnesota, 55102
651-224-8768

Defendants.

City of Saint Paul
Council Members and other City/County employees.
Office at, 15 West Kellogg BLVD.
County of Ramsey
City of St. Paul
State of Minnesota 55101

Clerk of Court
15 West Kellogg BLVD.
County of Ramsey
City of St. Paul
State of Minnesota 55101

SCANNED

DEC 19 2016

U.S. DISTRICT COURT ST PAUL

## Cause of Action
Color of Law, Color of Office, Conspiracy, Constitutional Rights,
Discrimination, Fraud, Harassment, Trespassing.

### Color of Law

7. Plaintiff alleges defendants (Saint Paul Parking Enforcement Officers) were fully aware vehicles parked on a vacant lot (construction site) would be used as construction buildings, defendants took it upon themselves to violate plaintiffs rights.

### Color of Office

8. Plaintiff Alleges defendants are in violation of the color of office by working against the best interest of senior American citizens by depriving them their right to have construction equipment on their building site.

### Conspiracy

9. Plaintiff Alleges defendants (city/county employees) conspired to discriminate against plaintiff and his family from the time plaintiff purchased property.

### Constitutional Rights

10. Plaintiff Alleges defendants violated plaintiffs First Amendment of our United States Constitution (Freedom) to have and occupy a new home on their own private property. Defendants violated plaintiffs Fourth Amendment of our United States Constitution by threatening to have plaintiffs construction equipment removed at a cost of $3,000. plus storage cost.

### Discrimination / Fraud

11. Plaintiff alleges defendants discriminated against plaintiff by threatening to have plaintiffs temporary construction equipment removed from plaintiffs construction site.

### Harassment /Trespassing

12. Plaintiff Alleges defendants harassed plaintiff by trespassing onto plaintiffs private property without permission or consent of plaintiff (owner.)

13. Plaintiff Alleges he and his family have spent over $12,000. for the purchase of property and temporary improvements along with six months of planning to build their new home.

14. Plaintiff Alleges property located at 185 Como Ave, St. Paul, Minnesota was removed from our property tax role of more then 20 years and for sale by Ramsey County for over 8 months.

15. Plaintiff alleges on December 7, 2016 the Saint Paul City Council voted to deny plaintiff his rights and freedom to have his construction equipment on his property for the purpose of constructing a home for himself and his wife.

16. Plaintiff alleges on December 8, 9, & 10, 2016 plaintiffs construction equipment was completely removed from construction site for fear the Saint Paul Parking Enforcement Department would have equipment removed to cause plaintiff additional hardship.

17. Plaintiff request the jury to grant plaintiff in excess of $75,000. in punitive damages plus all court costs and reasonable attorney fees.

Dated, December 19, 2016

Patrick A. Carlone Pro-se

377 Toronto St.

St. Paul, MN 55102

651-224-8768

Page 3 of 3